# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

April 22, 2021

**Via ECF**
Hon. Sarah Netburn
United States Magistrate Judge
United States District Court for
  the Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Courtroom 219

**Re:    De La Rosa v. Soho Centrale, LLC and Tiffany & Co., No. 20-cv-4014-PAE-SN**

Dear Judge Netburn:

We represent defendant Tiffany and Company ("Tiffany") in the above-referenced action. We write jointly with counsel for Plaintiff Dedra De La Rosa ("Plaintiff") and co-defendant SoHo Centrale, LLC ("SoHo Centrale") to advise the Court that the parties have agreed to mediate this matter with mediator Amanda Fugazy. Accordingly, counsel for the parties respectfully request that the Court stay this matter for a period of 60 days to permit the parties to engage in the mediation process. The parties propose to submit a status letter to the Court at the conclusion of the 60-day period if the mediation is unsuccessful to propose new deadlines for the close of discovery and to submit pre-motion letters for summary judgement to Judge Engelmayer.

We thank the Court in advance for its consideration of these requests.

Respectfully submitted,

/s/ *Michael F. Fleming*

Michael F. Fleming

Cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060          +1.212.309.6000
United States                     +1.212.309.6001